# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                        CASE NO.  3:07cr61LAC

DERRICK PURIFOY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___May 29, 2007___

Motion/Pleadings:__ MOTION FOR RELIEF FROM PREJUDICIAL JOINDER UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 14___

Filed by __DEFENDANT___ on _5/11/2007___ Doc.# _18___

RESPONSES:

BY GOVERNMENT___ on _5/28/07___ Doc.# _20___

_____ on_____ Doc.#_____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed   _____ Consented

                             WILLIAM M. McCOOL, CLERK OF COURT

                             *s/Mary Maloy*

_____                     
LC (1 OR 2)                Deputy Clerk: Mary Maloy

# ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this 30th day of May, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

_____
_____

                             *s/L. A. Collier*
                               **LACEY A. COLLIER**
                **Senior United States District Judge**

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.