UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO.  3:07cr61LAC

DERRICK PURIFOY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  May 25, 2007
Motion/Pleadings:  MOTION TO SUPPRESS
Filed by  DEFENDANT   on 5/11/2007   Doc.# 17

RESPONSES:
BY GOVERNMENT   on 5/24/07   Doc.# 19
   on   Doc.#
___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of June, 2007, that:*
*(a) The relief requested is **DENIED.  MOOT.***
*(b)* _____

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.